*Matthew F. Batezel (State Bar No. 185147)
mbatezel@plawp.com (*lead counsel)
Anne M. Master (State Bar No. 172640)
amaster@plawp.com
PACIFIC LAW PARTNERS, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949)242-2441
Fax (949)242-2446

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

Vartan Der-Tatevossian (State Bar No. 321566)
onyxlawfirm@gmail.com
ONYX LAW FIRM
3857 Foothill Blvd., Suite 1
Glendale, CA 91214
(844)669-9529
Fax (844)669-9529

Attorneys for Plaintiff
JIM PARK and NAN PARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIM PARK; NAN PARK, individuals, | Case No.: 2:21-cv-04971 |
| Plaintiffs, | [Los Angeles County Superior Court Case No. 21STCV13456] |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, a business entity, | **[PROPOSED] ORDER REGARDING STIPULATION REGARDING PROTECTIVE ORDER** |
| Defendant. | |

1

1  The Court orders that the terms of the Stipulation Re: Non-disclosure of
2  Confidential Materials shall govern the handling of such documents produced by
3  State Farm in this case.
4      IT IS SO ORDERED.

6  DATED: 8/10/22

*[signature: John E. McDermott]*

~~UNITED STATES DISTRICT JUDGE~~
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Pacific Law Partners, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949) 242-2441 - Facsimile (949) 242-2446